## Second Department, February, 1958 ■

### (February 17, 1958)

■ The People of the State of New York, Respondent, v. Leonard Wolochen, Appellant.— Motion for leave to appeal as a poor person, to enlarge time and for other relief denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

## Second Department, February, 1960 *

### (February 23, 1960)

■ The People of the State of New York, Respondent, v. Leonard Wolochen, Appellant.— Motion [No. 64] for reconsideration of motion for leave to appeal as a poor person from an order denying, without a hearing, an application in the nature of *coram nobis* and for assignment of counsel. Motion denied. In our opinion, after an examination of the affidavits submitted on this motion and of the original papers submitted on the application, no merit to the appeal has been shown. (See *People* v. *Wolochen*, Motion No. 152, decided herewith.) Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

## Third Department, October, 1960

### (October 19, 1960)

■ In the Matter of Monroe Goldwater, Respondent, v. Caroline K. Simon, as Secretary of State, Respondent, and Socialist Labor Party Nominees for Electors of President et al., Appellants.— Order affirmed, without costs, on the opinion of Mr. Justice MacAffer at Trial Term. (24 Misc 2d 430.) Coon, J. P., Gibson and Reynolds, JJ., concur; Herlihy, J. I concur in the result. I have serious doubts as to that part of the decision which invalidated the signatures due to the mistake made by the authenticating witness but which in this case would not change the result.

## Fourth Department, October, 1960

### (October 20, 1960)

■ In the Matter of Delaware, Lackawanna and Western Railroad Company, Respondent, v. Winfield S. Long et al., as Assessors of the Town of Erwin, Appellants. 1958 Assessment.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Steuben Special Term denying motion by respondents to dismiss the petition.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of Delaware, Lackawanna and Western Railroad Company, Respondent, v. Winfield S. Long et al., as Assessors of the Town of Erwin, Appellants. 1959 Assessment.— Order unanimously affirmed, with